RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Luis Rodriguez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS RODRIGUEZ,<br><br>  Defendant. | Case No. 3:19-cr-00004-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS PETITION** |

   IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Luis Rodriguez, that the petition be dismissed.

   This Stipulation is entered into for the following reasons:

   1.   On December 7, 2023, Mr. Rodriguez appeared before this Court and admitted to the violations contained in ECF No. 88. The parties requested that sentencing be deferred for six months to permit Mr. Rodriguez to come into compliance with the terms of his supervision. The Court accepted the parties' recommendation, deferred sentencing for six months, and advised that if Mr. Rodriguez complied with the terms of the agreement, the Court would be inclined to grant a written stipulation or motion to dismiss the petition without a formal hearing.

2. Six months have passed. The undersigned have conferred with Mr. Rodriguez's supervising probation officer and confirmed that Mr. Rodriguez has come into compliance with his supervision. He has sustained no new violations and Probation does not object to the petition being dismissed without prejudice and to Mr. Rodriguez being continued on his current term of supervision.

3. The parties therefore respectfully request that the petition at ECF No. 88 be dismissed without prejudice.

DATED this 2nd day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

IT IS SO ORDERED

DATED this 5th day of August 2024.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS RODRIGUEZ,<br><br>    Defendant. | Case No. 3:19-cr-00004-MMD-CSD<br><br>**ORDER** |

IT IS THEREFORE ORDERED that petition be dismissed.

DATED this ___ day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE